**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-2062**

TED SMITH,

                    Plaintiff - Appellant,

          v.

SOCIAL SECURITY ADMINISTRATION,

                    Defendant - Appellee.

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  N. Carlton Tilley, Jr., District Judge.  (1:05-cv-00577-NCT)

Submitted:  July 30, 2008              Decided:  August 25, 2008

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ted Smith, Appellant Pro Se.  Kavonne L. Mayeski, SOCIAL SECURITY ADMINISTRATION, Boston, Massachusetts; John W. Stone, Jr., Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ted Smith appeals the district court's order accepting the recommendation of the magistrate judge and upholding the Commissioner's denial of disability insurance benefits and supplemental security income. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Smith v. Social Security Admin.</u>, No. 1:05-cv-00577-NCT (M.D.N.C. Oct. 9, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>